UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>v.<br><br>$48,940 IN UNITED STATES<br>CURRENCY SEIZED<br>AT LOGAN AIRPORT,<br>        Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 18-CV-11582-RWZ<br>)<br>)<br>)<br>)<br>) |

## WARRANT AND MONITION

To:   The United States Marshal for the District of Massachusetts, or his Deputies

You Are Hereby Commanded to give notice to all persons concerned that a Verified Complaint for Forfeiture *in Rem* (the "Complaint"), a copy of which is attached hereto, has been filed by the United States of America against the following defendant property, described as:

    a.   $48,940 in United States currency, seized on February 1, 2018, from Edwin Barosy, at Boston Logan International Airport, Terminal C

(the "Defendant Currency").

This Court has found probable cause for forfeiture of the Defendant Currency.  Accordingly, you are hereby directed to serve, and give notice of the Complaint by:

(1)   Publishing notice of the United States' intent to forfeit the Defendant Currency via the government website, www.forfeiture.gov, for thirty (30) consecutive calendar days; and

(2)   Mailing a copy of this Warrant and Monition, together with a copy of the Complaint to:

Edwin Barosy
16 Upham Terrace
Malden, MA 02148

Edwin Barosy
1540 Columbus Avenue, #313
Roxbury, MA 02119

Edwin Barosy
63 Washington Street
Hyde Park, MA 02136

Edwin Barosy
2526 Business Center Drive, #735
Pearland, TX 77584

| | |
|---|---|
| Edwin Barosy | Matthew D. Thompson, Esq. |
| 232 Brandywyne Drive, Unit B | 699 Boylston Street, 12th Floor |
| Boston, MA 02128 | Boston, MA 02116 |

by certified mail, postage prepaid and return receipt requested, or by serving such copies on the above-listed parties by hand.

You Are Further Commanded to arrest, attach, inspect, and retain the Defendant Currency in your custody until further order of this Court.

You Are Further Commanded to give due notice by appropriate service of process, as provided herein, to all persons who claim an interest of the Defendant Currency, or assert that the Defendant Currency should not be condemned or disposed of pursuant to the prayer of the Complaint. Upon execution of this process, you are directed further to file the execution in this Court with your return thereon.

ALL CLAIMS TO THE DEFENDANT CURRENCY MUST BE FILED WITH THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS AND SERVED UPON ASSISTANT UNITED STATES ATTORNEY DAVID G. LAZARUS, UNITED STATES ATTORNEY'S OFFICE, ASSET FORFEITURE UNIT, 1 COURTHOUSE WAY, SUITE 9200, BOSTON, MASSACHUSETTS 02210, WITHIN SIXTY (60) DAYS AFTER THE FIRST DAY OF PUBLICATION ON THE OFFICIAL GOVERNMENT FORFEITURE WEBSITE OR WITHIN THIRTY-FIVE (35) DAYS AFTER RECEIPT OF ACTUAL NOTICE, WHICHEVER IS EARLIER. ALL ANSWERS TO THE COMPLAINT MUST BE FILED WITH THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS AND SERVED UPON ASSISTANT UNITED STATES ATTORNEY DAVID G. LAZARUS, UNITED STATES ATTORNEY'S OFFICE, ASSET FORFEITURE UNIT, 1 COURTHOUSE WAY, SUITE 9200, BOSTON, MASSACHUSETTS 02210, WITHIN TWENTY ONE (21) DAYS AFTER THE FILING OF THE CLAIM. CLAIMS MUST BE

FILED IN ACCORDANCE WITH THE FEDERAL RULES OF CIVIL PROCEDURE, SUPPLEMENTAL RULES FOR ADMIRALTY OR MARITIME AND ASSET FORFEITURE CLAIMS. THE PROCEDURES FOR FILING A PETITION FOR REMISSION OR MITIGATION ARE SET FORTH IN 28 CODE OF FEDERAL REGULATIONS, PART 9. IN ADDITION TO THE PROCEDURES MANDATED BY THOSE REGULATIONS, A COPY OF ANY PETITION FOR REMISSION OR MITIGATION SHOULD BE FILED WITH THE SEIZING AGENCY, WHICH IS THE UNITED STATES DRUG ENFORCEMENT ADMINISTRATION, JFK FEDERAL BUILDING, ROOM E-400, 15 NEW SUDBURY STREET, BOSTON, MASSACHUSETTS 02203, ATTENTION: ASSET FORFEITURE GROUP.

Robert M. Farrell, Clerk
U.S. District Court

By: _____
Deputy Clerk

Date: ____7/27____, 2018

APPROVED AND SO ORDERED:

_____
United States District Judge

Date: ____July 27____, 2018