UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>$48,940 IN UNITED STATES<br>CURRENCY SEIZED AT LOGAN<br>AIRPORT,<br>Defendant. | C.A. No. 1:18-cv-11582-RWZ |

## VERIFIED CLAIM

Pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Edwin Barosy ("Barosy") hereby claims his interest in the Defendant property, $48,940 in United States Currency. Barosy is the owner of the Defendant property.

## VERIFICATION

I, Edwin Barosy, verify on oath and solemn affirmation that the contents of the above document are true and accurate to the best of my knowledge. Signed under the pains and penalties of perjury, this 23d day of August, 2018.

Dated: August 23, 2018

_____
Edwin Barosy

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                                               August 23, 2018

On this 23d day of August, 2018, before me, the undersigned notary public, personally appeared Edwin Barosy, proved to me through satisfactory evidence of identification, which was ___ photographic identification with signature issued by a federal or state government agency, ___ oath or affirmation of a credible witness, _X_ personal knowledge of the undersigned, to be the persons whose name is signed on the preceding document, and acknowledged to me that he signed it voluntarily for its stated purpose.

Notary Public
My commission expires:

MATTHEW D. THOMPSON
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
December 14, 2023

EDWIN BAROSY
By his attorney,

/s/ Matthew D. Thompson
Matthew D. Thompson
B.B.O. #655225
BUTTERS BRAZILIAN LLP
699 Boylston Street
Boston, Massachusetts 02116
(617) 367-2600
Dated: August 23, 2018      thompson@buttersbrazilian.com

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

/s/ Matthew D. Thompson
Matthew D. Thompson