UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 1:18-cv-11582-RWZ |
| | ) | |
| $48,940 IN UNITED STATES CURRENCY SEIZED AT LOGAN AIRPORT, | ) | |
| Defendant. | ) | |

## ANSWER OF CLAIMANT EDWIN BAROSY

The Claimant, Edwin Barosy ("Barsoy"), responds to the *Verified Complaint of Forfeiture In Rem* ("Complaint"), paragraph by paragraph, as follows:

1. Barosy admits the allegations contained in Paragraph 1 of the Complaint.

2. Barosy admits the allegations contained in Paragraph 2 of the Complaint in so far as it identifies a portion of the money seized from him on February 1, 2018. Further answering, Barosy states that a total of $50,440.00 was the total amount actually seized from him on February 1, 2018, as stated in the *Seized Currency Receipt* provided to him on that date. A copy of the receipt is attached at **Exhibit A**. None of the seized currency has been returned to Barosy.

3. Barosy denies the allegations contained in Paragraph 3 of the Complaint.

The remainder of the Complaint consists of requests for relief that require no answer.

## FIRST AFFIRMATIVE DEFENSE

The search and seizure of Barosy and his luggage violated the Fourth Amendment to the United States Constitution.

## SECOND AFFIRMATIVE DEFENSE

The Complaint fails to state a claim on which relief may be granted. Fed. R. Civ. P. 12(b)(6).

## THIRD AFFIRMATIVE DEFENSE

Barosy is an innocent owner of the Defendant Currency.

WHEREFORE, Barosy requests that the Court:

A. Conduct an evidentiary hearing on his Fourth Amendment defense;

B. Order the Plaintiff to return all property seized from him on February 1, 2018;

C. Order the Plaintiff to pay costs and attorney's fees; and

D. Grant such other relief as the Court deems just and proper.

EDWIN BAROSY
By his attorney,

/s/ Matthew D. Thompson
Matthew D. Thompson
B.B.O. #655225
BUTTERS BRAZILIAN LLP
699 Boylston Street
Boston, Massachusetts 02116
(617) 367-2600
thompson@buttersbrazilian.com

Dated: August 23, 2018

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

/s/ Matthew D. Thompson
Matthew D. Thompson