UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>     Plaintiff,<br><br>   v.<br><br>$48,940 IN UNITED STATES CURRENCY,<br>     Defendant.<br><br>EDWIN BAROSY,<br>     Claimant. | Civil Action No. 18-11582-RWZ |

### Notice of Appearance

Pursuant to L.R. 83.5.2, please enter my appearance in the above-captioned case as counsel for the United States of America.

                Respectfully submitted,

                ANDREW E. LELLING
                United States Attorney


                */s/ Annapurna Balakrishna*
                Annapurna Balakrishna, BBO # 655051
                Assistant United States Attorney
                United States Attorney's Office
                1 Courthouse Way, Suite 9200
                Boston, MA   02210
                Tel.:   617-748-3111
                Email: annapurna.balakrishna@usdoj.gov

Dated:   February 28, 2019

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 28, 2019.

      /s/ *Annapurna Balakrishna*
      Annapurna Balakrishna
      Assistant United States Attorney